FRANCISCO MEDINA GONZÁLEZ, demandante y apelado, *v.* SERAFÍN, LUIS y FROILÁN MONTALVO, demandados y apelantes.

No. 4494.—*Visto:* Julio 2, 1928. *Resuelto:* Julio 10, 1928.

*Wilson P. Colberg,* abogado de los apelantes; *E. Negrón Benítez,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

Se trata en este caso de un procedimiento de *injunction* para recobrar la posesión de una porción de terreno descrita en la demanda. Ésta fué jurada y también lo fué la contestación, en la que además se alegaron algunas defensas. Solicitó el demandante de la corte que eliminase todas las alegaciones de la contestación y de las defensas por contener aquellas negaciones de la demanda que envuelven afirmaciones de ella y por ser las segundas impertinentes e inmateriales, solicitando también se dictase sentencia en contra de los demandados. Según certificación librada por el taquígrafo de la corte, ésta, el día 22 de diciembre de 1927 señalado para el juicio, emitió una resolución en corte abierta, la que después de exponer varias razones termina así: ''La corte declara con lugar la moción y ordena que se dicte sentencia declarando con lugar la demanda, con costas al demandado.'' El mismo día los demandados interpusieron apelación contra la sentencia dictada sobre las alegaciones, y el apelado nos pide que desestimemos esa apelación por no constar en estos autos copia de la sentencia apelada. Después de esa moción los apelados nos han presentado otra certificación del taquígrafo igual a la relacionada anteriormente, que contiene, además, certificación del secretario de la corte de que esa certificación obra en los autos de este caso.

La resolución comprendida en las dos certificaciones del taquígrafo es la decisión de la moción del demandante para que se eliminen todas las alegaciones de la contestación y para que se dicte sentencia contra los demandados pero no es la sentencia, pues ordena que se dicte sentencia declarando con lugar la demanda. Tal sentencia ha debido registrarse y copia de la misma ha debido traerse a esta apelación interpuesta contra la sentencia, sin que la resolución

de la corte ordenando que se registre sentencia pueda suplir a la sentencia misma, por lo que faltando la copia de la sentencia apelada *debemos desestimar la apelación.*